**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00266-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONNA J. MOREAUX,

    Defendant.

---

**MINUTE ORDER**[1]

---

By **July 7, 2010**, the government shall file a response to **Defendant's Request For Leave To Supplement Motion To Dismiss Counts 1 and 2 of The Indictment** [#15] filed June 30, 2010.

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.